```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

**LINDSEY HARPER, #87493**                                          **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:05cv188TSL–JCS**

**EMCF and WARDEN ANDERSON**                                       **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed, without prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of March, 2006.

```
                    /S/ TOM S. LEE
                    UNITED STATES DISTRICT JUDGE
```